June 2, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

LANE-VALENTE INDUSTRIES (NAT'L), INC, Appellant

NO. 14-14-00028-CV              V.

J.P. MORGAN CHASE, N.A. AND BOVIS LEND LEASE, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, J.P. Morgan Chase, N.A. and Bovis Lend Lease, Inc., signed December 5, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.